1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
GRANT E. INGRAM – State Bar No. 242785
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
GERBER LIFE INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KIRKPATRICK, | ) CASE NO. 2:12-CV-01486-GEB-CMK |
| | ) |
| Plaintiff, | ) **STIPULATION EXTENDING TIME** |
| | ) **FOR DEFENDANTS TO RESPOND** |
| v. | ) **TO COMPLAINT BY** |
| | ) **ADDITIONAL 14 DAYS AND FOR** |
| GERBER LIFE INSURANCE COMPANY, | ) **EXTENDED TIME FOR** |
| a New York corporation, and DOES 1 | ) **DEFENDANT TO RESPOND TO** |
| through 20, inclusive, | ) **ANTICIPATED AMENDED** |
| | ) **COMPLAINT; PROPOSED ORDER** |
| Defendants. | ) |
| | ) |
| | ) |

This matter was removed from State Court to this Court on Friday, June 1, 2012.

Pursuant to a stipulation under Local Rule 144(a), defendant's responsive pleading is now due

July 6, 2012.

Pursuant to Local Rule 144 (a), the parties hereby stipulate to the filing of the first

amended complaint and the time in which defendant must file its responsive pleading.

The parties have met and conferred regarding Plaintiff's complaint and the amendment

thereof.   The parties agree that this case will be governed by ERISA, and therefore the

1

1  complaint must be amended.   Plaintiff will file an amended complaint on or before July 13,

2  2012.

3         IT IS HEREBY STIPULATED by and between the parties hereto through their

4  respective attorneys that Plaintiff will file an amended complaint on or before July 13, 2012 and

5  defendant GERBER LIFE INSURANCE COMPANY will file its responsive pleading  on or

6  before 30 days from the date of service of the amended complaint.

7              SO STIPULATED.

8                              Respectfully submitted,

9                              **RIMAC MARTIN, P.C.**

10  Dated:  June 29, 2012        By:        */s/ Grant Ingram*
                                          GRANT E. INGRAM
11                                         Attorneys for Defendant
12                                         GERBER LIFE INSURANCE COMPANY

13                              **DAVID L. EDWARDS**

14  Dated:  June 29, 2012        By:        */s/ David Edwards*
                                          DAVID L. EDWARDS
15                                         Attorneys for Plaintiff
16                                         SUSAN KIRKPATRICK

17                      [PROPOSED] ORDER

18  Plaintiff will file an amended complaint on or before July 13, 2012 and defendant GERBER

19  LIFE INSURANCE COMPANY will file its responsive pleading on or before 30 days from the

20  date of service of the amended complaint
    IT IS SO ORDERED.

21  Dated: 6/29/12

22                              GARLAND E. BURRELL, JR.
                                United States District Judge

23

24

25

26

27                                   2

28