**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
GRANT E. INGRAM – State Bar No. 242785
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
GERBER LIFE INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KIRKPATRICK,<br><br>           Plaintiff,<br><br>v.<br><br>GERBER LIFE INSURANCE COMPANY, a New York corporation, and DOES 1 through 20, inclusive,<br><br>           Defendants. | CASE NO. 2:12-CV-01486-GEB-CMK<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY ADDITIONAL 14 DAYS AND FOR EXTENDED TIME FOR DEFENDANT TO RESPOND TO ANTICIPATED AMENDED COMPLAINT; PROPOSED ORDER** |

   This matter was removed from State Court to this Court on Friday, June 1, 2012. Pursuant to a stipulation under Local Rule 144(a), defendant's responsive pleading is now due July 6, 2012.

   Pursuant to Local Rule 144 (a), the parties hereby stipulate to the filing of the first amended complaint and the time in which defendant must file its responsive pleading.

   The parties have met and conferred regarding Plaintiff's complaint and the amendment thereof.   The parties agree that this case will be governed by ERISA, and therefore the

complaint must be amended. Plaintiff will file an amended complaint on or before July 13, 2012.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff will file an amended complaint on or before July 13, 2012 and defendant GERBER LIFE INSURANCE COMPANY will file its responsive pleading on or before 30 days from the date of service of the amended complaint.

SO STIPULATED.

Respectfully submitted,

**RIMAC MARTIN, P.C.**

Dated: June 29, 2012          By:          /s/ Grant Ingram
                                           GRANT E. INGRAM
                                           Attorneys for Defendant
                                           GERBER LIFE INSURANCE COMPANY

**DAVID L. EDWARDS**

Dated: June 29, 2012          By:          /s/ David Edwards
                                           DAVID L. EDWARDS
                                           Attorneys for Plaintiff
                                           SUSAN KIRKPATRICK

[PROPOSED] ORDER

Plaintiff will file an amended complaint on or before July 13, 2012 and defendant GERBER LIFE INSURANCE COMPANY will file its responsive pleading on or before 30 days from the date of service of the amended complaint

IT IS SO ORDERED.

Dated: 6/29/12

GARLAND E. BURRELL, JR.
United States District Judge