1  **DAVID L. EDWARDS**
   State Bar No. 105638
2   ATTORNEY AT LAW
   2040 SHASTA STREET, SUITE D
   REDDING, CA 96001
   P.O. BOX 993506
4   REDDING, CA 96099-3506
   (530) 221-069-1
5
   Attorney for Plaintiff
6   Susan Kirkpatrick

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14  SUSAN KIRKPATRICK, | CASE NO. 2:12-CV-01486-GEB-CMK |
| 15          Plaintiff, | **STIPULATION EXTENDING TIME FOR FILING OF AMENDED COMPLAINT AND DEFENDANT'S RESPONSE THERETO; PROPOSED ORDER** |
| 16  v. | |
| 17  GERBER LIFE INSURANCE COMPANY, a New York corporation; and DOES 1 through 20, inclusive, | |
| 20          Defendants. | |

22       This matter was removed from State Court to this Court on June 1, 2012.

23  Pursuant to a stipulation between the parties filed with this Court, the parties had

24  previously agreed that plaintiff would file and serve an Amended Complaint on or

25

26  before July 13, 2012. Due to the press of business and a previously-scheduled

1

1  vacation, plaintiff's counsel sought an extension of time to file and serve an
2  Amended Complaint.

3  The parties stipulate that a Court Order has been entered pursuant to which
4  plaintiff would file an Amended Complaint by July 13, 2012, with a response from
5  defendant to be filed and served 30 days from the date of service of the Amended
6  Complaint. The parties now stipulate that plaintiff shall have until July 25, 2012, to
7  file and serve an Amended Complaint. Defendant will thereupon have 30 days from
8  the dale of service of the 1st Amended Complaint to file and serve a response to the
9  Amended Complaint.

10 IT IS HEREBY STIPULATED by and between the parties hereto, through their
11 respective counsel, that plaintiff will file and serve an Amended Complaint on or
12 before July 25, 2012, and defendant Gerber Life Insurance Company will file and
13 serve its responsive pleading within 30 days from the date of service of the 1st
14 Amended Complaint.

15 IT IS SO STIPULATED.

Dated: July 9, 2012

/s/ -Edwards
Attorney for Plaintiff
Susan Kirkpatrick

---

STIPULATION EXTENDING TIME FOR FILING OF AMENDED COMPLAINT AND
DEFENDANT'S RESPONSE THERETO; PROPOSED ORDER
CASE NO.: 2:12-CV-01486-GEB-CMK

Dated: July 9, 2012

RIMAC MARTIN, P.C.

*Grant E. Ingram*
Grant E. Ingram
Attorneys for Defendant
Gerber Life Insurance Company

[PROPOSED] ORDER

Plaintiff will file and serve an Amended Complaint on or before July 25, 2012, and defendant Gerber Life Insurance Company will file and serve its responsive pleading within 30 days from the date of service of the 1st Amended Complaint.

IT IS SO ORDERED.

7/10/12

_____
Senior United States District Judge

3

STIPULATION EXTENDING TIME FOR FILING OF AMENDED COMPLAINT AND
DEFENDANT'S RESPONSE THERETO: PROPOSED ORDER
CASE NO.: 2:12-CV-01486-GEB-CMK