1  **DAVID L. EDWARDS**
   State Bar No. 105638
2   ATTORNEY AT LAW
   2040 SHASTA STREET, SUITE D
   REDDING, CA 96001
   P.O. BOX 993506
4   REDDING, CA 96099-3506
   (530) 221-069-1
5
   Attorney for Plaintiff
6  Susan Kirkpatrick

7

8

9

10             IN THE UNITED STATES DISTRICT COURT
11             FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| SUSAN KIRKPATRICK, | CASE NO. 2:12-CV-01486-GEB-CMK |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR FILING OF AMENDED COMPLAINT AND DEFENDANT'S RESPONSE THERETO; PROPOSED ORDER** |
| v. | |
| GERBER LIFE INSURANCE COMPANY, a New York corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

This matter was removed from State Court to this Court on June 1, 2012. Pursuant to a stipulation between the parties filed with this Court, the parties had previously agreed that plaintiff would file and serve an Amended Complaint on or before July 13, 2012. Due to the press of business and a previously-scheduled

1

---

STIPULATION EXTENDING TIME FOR FILING OF AMENDED COMPLAINT AND
DEFENDANT'S RESPONSE THERETO; PROPOSED ORDER
CASE NO.: 2:12-CV-01486-GEB-CMK

1  vacation, plaintiff's counsel sought an extension of time to file and serve an
2  Amended Complaint.

3  The parties stipulate that a Court Order has been entered pursuant to which
4  plaintiff would file an Amended Complaint by July 13, 2012, with a response from
5  defendant to be filed and served 30 days from the date of service of the Amended
6  
7  Complaint. The parties now stipulate that plaintiff shall have until July 25, 2012, to
8  file and serve an Amended Complaint. Defendant will thereupon have 30 days from
9  the dale of service of the 1st Amended Complaint to file and serve a response to the
10 Amended Complaint.
11 

12 IT IS HEREBY STIPULATED by and between the parties hereto, through their
13 respective counsel, that plaintiff will file and serve an Amended Complaint on or
14 before July 25, 2012, and defendant Gerber Life Insurance Company will file and
15 serve its responsive pleading within 30 days from the date of service of the 1st
16 
17 Amended Complaint.

18 IT IS SO STIPULATED.
19 
20 Dated: July 9, 2012

              _____
              -Edwards
              Attorney for Plaintiff
              Susan Kirkpatrick

---

STIPULATION EXTENDING TIME FOR FILING OF AMENDED COMPLAINT AND
DEFENDANT'S RESPONSE THERETO; PROPOSED ORDER
CASE NO.: 2:12-CV-01486-GEB-CMK

1

2

3   Dated: July 9, 2012

4                                           RIMAC MARTIN, P.C.

5

6                                           _____
                                            Grant E. Ingram
7                                           Attorneys for Defendant
                                            Gerber Life Insurance Company
8

9

10

11

12                              [PROPOSED] ORDER

13      Plaintiff will file and serve an Amended Complaint on or before July 25, 2012,

14  and defendant Gerber Life Insurance Company will file and serve its responsive

15

16  pleading within 30 days from the date of service of the 1st Amended Complaint.

18      IT IS SO ORDERED.

19

20

21  7/10/12                                 _____

22

23                                          Senior United States District Judge

24

25

26

3

STIPULATION EXTENDING TIME FOR FILING OF AMENDED COMPLAINT AND

DEFENDANT'S RESPONSE THERETO: PROPOSED ORDER
CASE NO.: 2:12-CV-01486-GEB-CMK