1 | **RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
2 | WILLIAM REILLY – State Bar No. 177550
GRANT E. INGRAM – State Bar No. 242785
3 | 1051 Divisadero Street
San Francisco, CA  94115
4 | Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
GERBER LIFE INSURANCE COMPANY

**DAVID L. EDWARDS** – State Bar No. 105638
Attorney At Law
2040 Shasta Street, Suite D
PO Box 993506
Redding, CA 96099-3506
Telephone:  (530) 221-0694

*Attorney for Plaintiff*
SUSAN KIRKPATRICK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN KIRKPATRICK, | CASE NO. 2:12-CV-01486-GEB-CMK |
| Plaintiff, | **STIPULATION CONTINUING OCTOBER 9, 2012 HEARING TO OCTOBER 22, 2012 AND MAINTAINING ORIGINAL BRIEFING SCHEDULE** |
| v. | |
| GERBER LIFE INSURANCE COMPANY, a New York corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff SUSAN KIRKPATRICK and Defendant GERBER LIFE INSURANCE COMPANY (referred to herein as "plaintiff" and "defendant"), by and through their respective attorneys, hereby stipulate to continue defendant's motion to dismiss currently set for hearing on

1

STIPULATION; PROPOSED ORDER                                  CASE NO. 2:12-CV-01486-GEB-CMK

October 9, 2012 to October 22, 2012.  Additionally, the parties stipulate to maintain the original briefing schedule, plaintiff will file her opposition on or before September 25, 2012 and defendant will file its reply on or before October 2, 2012.

Good cause exists for this brief continuance because plaintiff's counsel is not available for the October 9, 2012 hearing.

**SO STIPULATED.**

Respectfully submitted,

**RIMAC MARTIN, P.C.**

Dated:  September 25, 2012         By:      */s/ Grant Ingram*
                                                         GRANT E. INGRAM
                                                         Attorneys for Defendant
                                                         GERBER LIFE INSURANCE COMPANY

**DAVID L. EDWARDS**

Dated:  September 25, 2012         By:      */s/ David Edwards*
                                                         DAVID L. EDWARDS
                                                         Attorney for Plaintiff
                                                         SUSAN KIRKPATRICK

# [PROPOSED] ORDER

Defendant's motion to dismiss currently set for hearing on October 9, 2012 is continued to October 22, 2012.  The original briefing schedule will be maintained, plaintiff will file her opposition on or before September 25, 2012 and defendant will file its reply on or before October 2, 2012.

**IT IS SO ORDERED.**

**Date:  9/25/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge