1  **RIMAC MARTIN, P.C.**
   JOSEPH M. RIMAC – State Bar No. 72381
2  WILLIAM REILLY – State Bar No. 177550
   GRANT E. INGRAM – State Bar No. 242785
3  1051 Divisadero Street
   San Francisco, CA  94115
4  Telephone:  (415) 561-8440
   Facsimile:   (415) 561-8430
5
   *Attorneys for Defendant*
6  GERBER LIFE INSURANCE COMPANY

7  **DAVID L. EDWARDS** – State Bar No. 105638
   Attorney At Law
8  2040 Shasta Street, Suite D
   PO Box 993506
9  Redding, CA 96099-3506
   Telephone:  (530) 221-0694
10
   *Attorney for Plaintiff*
11 SUSAN KIRKPATRICK

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                         SACRAMENTO DIVISION

15 | SUSAN KIRKPATRICK, | ) CASE NO. 2:12-CV-01486-GEB-CMK |
   |---|---|
16 | Plaintiff, | ) **STIPULATION CONTINUING** |
   |   | ) **OCTOBER 9, 2012 HEARING TO** |
17 | v. | ) **OCTOBER 22, 2012 AND** |
   |   | ) **MAINTAINING ORIGINAL** |
18 | GERBER LIFE INSURANCE COMPANY, | ) **BRIEFING SCHEDULE** |
   | a New York corporation, and DOES 1 | ) |
19 | through 20, inclusive, | ) |
   |   | ) |
20 | Defendants. | ) |
   |   | ) |
21 |   | ) |

22

23         Plaintiff SUSAN KIRKPATRICK and Defendant GERBER LIFE INSURANCE

24 COMPANY (referred to herein as "plaintiff" and "defendant"), by and through their respective

25 attorneys, hereby stipulate to continue defendant's motion to dismiss currently set for hearing on

26

27

28
                                           1

October 9, 2012 to October 22, 2012.  Additionally, the parties stipulate to maintain the original briefing schedule, plaintiff will file her opposition on or before September 25, 2012 and defendant will file its reply on or before October 2, 2012.

Good cause exists for this brief continuance because plaintiff's counsel is not available for the October 9, 2012 hearing.

**SO STIPULATED.**

Respectfully submitted,

**RIMAC MARTIN, P.C.**

Dated:  September 25, 2012      By:     */s/ Grant Ingram*
                                        GRANT E. INGRAM
                                        Attorneys for Defendant
                                        GERBER LIFE INSURANCE COMPANY

**DAVID L. EDWARDS**

Dated:  September 25, 2012      By:     */s/ David Edwards*
                                        DAVID L. EDWARDS
                                        Attorney for Plaintiff
                                        SUSAN KIRKPATRICK

# [PROPOSED] ORDER

Defendant's motion to dismiss currently set for hearing on October 9, 2012 is continued to October 22, 2012.  The original briefing schedule will be maintained, plaintiff will file her opposition on or before September 25, 2012 and defendant will file its reply on or before October 2, 2012.

**IT IS SO ORDERED.**

**Date:  9/25/2012**

1
2
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION; PROPOSED ORDER                    CASE NO. 2:12-CV-01486-GEB-CMK