IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN KIRKPATRICK,                    )
                                      )    2:12-cv-01486-GEB-CMK
                Plaintiff,            )
                                      )
        v.                            )    ORDER CONTINUING STATUS
                                      )    (PRETRIAL SCHEDULING)
GERBER LIFE INSURANCE COMPANY,        )    CONFERENCE
                                      )
                Defendant.            )
_____)

        The Status (Pretrial Scheduling) Conference scheduled for hearing on October 15, 2012 is continued to December 10, 2012, at 9:00 a.m. A further joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a) and propose a briefing schedule regarding Plaintiff's argument that she "is entitled to certain discovery." (Joint Status Report 4:14-15.)

        IT IS SO ORDERED.

Dated:  October 10, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge