IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN KIRKPATRICK,                )
                                  )   2:12-cv-01486-GEB-CMK
           Plaintiff,             )
                                  )
      v.                          )   ORDER RE: SETTLEMENT AND
                                  )   DISPOSITION
GERBER LIFE INSURANCE COMPANY,    )
                                  )
           Defendant.             )
_____  )

        Defendant filed a "Notice of Settlement" on November 5, 2012, in which it states, "the parties have reached a settlement and respectfully requests that the Court not issue a decision on its motion to dismiss while the parties are finalizing the settlement." (ECF No. 30.)

        Therefore, a dispositional document shall be filed no later than November 26, 2012. See L.R. 160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. Id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, in light of the referenced settlement, Defendant's pending motion to dismiss (ECF No. 13) is deemed withdrawn.

        Lastly, the Status Conference scheduled for hearing on December 10, 2012, shall remain on calendar in the event no

1  dispositional document is filed, or if this action is not otherwise
2  dismissed.¹  A joint status report shall be filed fourteen (14) days
3  prior to the status conference.
4       IT IS SO ORDERED.
5  Dated:  November 5, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

---

¹     The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2